NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 14-285 |
| v. | **MEMORANDUM ORDER** |
| MARYLAND LIGGINS, | |
| Defendant. | |

THOMPSON, U.S.D.J.

This matter comes before the Court upon Defendant Maryland Liggins' request for early termination of probation. On June 2, 2016, Defendant was sentenced to five years of probation for Hobbs Act robbery, 18 U.S.C. § 1951(a). (ECF No. 65.) Defendant reports that he secured a full-time job before he was sentenced, and that he has continued to be employed since then. He also coaches a Pop Warner football team in Newark, and he has used this opportunity to mentor young men. Defendant has not committed any criminal offenses since his sentencing.

Defendant's reported progress is encouraging. He appears to have made substantial efforts to improve himself and, through mentoring, to help young people avoid the mistakes he made. Nevertheless, the Court continues to believe that the five-year probation period to which Defendant was sentenced is appropriate. Continuing on the path set by this sentence will best serve the needs of both Defendant and society. For these reasons,

IT IS on this 12th day of March, 2019,

ORDERED that Defendant's request for early termination of probation is DENIED.

_____
ANNE E. THOMPSON, U.S.D.J.